(106 So. 912)

Herbert LONDON v. STATE ex rel. T. L. BOROM, Solicitor.  (4 Div. 237.)  (Supreme Court of Alabama.  Nov. 12, 1925.)  Appeal from Circuit Court, Pike County; W. L. Parks, Judge.  A. G. Seay, of Troy, for appellant.  Harwell G. Davis, Atty. Gen., for appellee.

ANDERSON, C. J.  The note of testimony in this cause does not contain or refer to the state's evidence, but only the witnesses of the appellant, and we must treat this as the only evidence considered by the trial court, and upon a consideration of same, and it alone, we are of the opinion that the same did not warrant a condemnation of the appellant's car, and the de-

cree of the circuit court is reversed, and the cause is remanded. Reversed and remanded.

SAYRE, GARDNER, and MILLER, JJ., concur.